UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>STANLEY CLARK, SR.,<br><br>           Debtor. | CASE NO. 12-10752 - SDB<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of Christiana Trust c/o Selene Finance LP, as Servicer (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case.

Creditor, through counsel, hereby requests that all notices to Debtor or Creditors also be mailed in care of Creditor as follows:

DATE: October 3, 2014

**PENDERGAST & ASSOCIATES, P.C.**

By: /s/ Anthony Maselli
Anthony Maselli
Georgia Bar No. 558670
Attorney for Movant

115 Perimeter Center Place
South Terraces, Suite 1000
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909
Email: amaselli@penderlaw.com

## CERTIFICATE OF SERVICE

    I, Anthony Maselli, certify that I am over the age of 18 and that on October 6th, 2014 I served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Stanley Clark, Sr.
3313 Blanchard Rd.
Augusta, GA 30906

Angela Williams Seymour
Seymour & Associates PC
101-B Rossmore Place
Augusta, GA 30909
Attorney for Debtor

Huon Le
Chapter 13 Trustee
PO Box 2127
Augusta, GA 30903

DATE: October 3, 2014

                                              **PENDERGAST & ASSOCIATES, P.C.**

                                              By: /s/ Anthony Maselli
                                              Anthony Maselli
                                              Georgia Bar No. 558670
                                              Attorney for Movant

                                              115 Perimeter Center Place
                                              South Terraces, Suite 1000
                                              Atlanta, GA 30346
                                              Phone: 770-392-0303
                                              Fax: 770-392-0909
                                              Email: amaselli@penderlaw.com